# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

### CASE NO: 09-CR-00810-JAP

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**KATHLEEN VALLE,**

    **Defendant,**

_____/

RECEIVED

JAN 12 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## AGREED ORDER AUTHORIZING
## DEFENDANT, KATHLEEN VALLE, TO TRAVEL

**THIS MATTER** came before the court upon agreement by the parties, and the Court being otherwise fully advised in the premises, it is,

**ORDERED AND ADJUDGED** that the Agreed Motion is hereby **GRANTED**. The Defendant is authorized to travel within the Southern District of Florida and the following districts: District of New Jersey, Eastern District of Pennsylvania, Eastern and Southern Districts of New York, Eastern District of Virginia, District of Maryland and the District of Washington D.C.

**DONE AND ORDERED** at Trenton, New Jersey this __12th__ day of January 2010.

_____
JUDGE JOEL A. PISANO
DISTRICT COURT JUDGE

cc:    S. Patrick Dray, Esq.
        Carol J. Breece, Esq.
        Trial Attorney Brigham Cannon
        PTS OFFicer Raul Sagaro